# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| DEKALB FARMER'S MARKET, INC., WOOD'S PRODUCE COMPANY, INC. and PIONEER GROWERS COOPERATIVE,<br><br>     Plaintiffs,<br><br>v.<br><br>JUAN ANTONIO PACHECO a/k/a JUAN ANTONIO CASTILLO, OSCAR N. COLLAZO, and UNITED PRODUCE, LLC,<br><br>     Defendants. | Civil Action No. 5:18-cv-00201-D |

## ENTRY OF DEFAULT

WHEREAS, it has been made to appear to the undersigned by motion, affidavits, and the remaining record of this cause, that Defendants Juan Antonio Pacheco a/k/a Juan Antonio Castillo and United Produce, LLC were properly served with a Summons and Complaint in accordance with the Federal Rules of Civil Procedure and that Defendants Juan Antonio Pacheco a/k/a Juan Antonio Castillo and United Produce, LLC have failed to plead or otherwise defend in the time allowed by law.

NOW, THEREFORE, default is hereby entered against Defendants Juan Antonio Pacheco a/k/a Juan Antonio Castillo and United Produce, LLC as provided by Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1(a).

SO ORDERED. This 17 day of December 2018.

                  _/s/ Dever_
                  JAMES C. DEVER III
                  United States District Judge