# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

DEKALB FARMER'S MARKET, INC.,
WOOD'S PRODUCE COMPANY, INC. and
PIONEER GROWERS COOPERATIVE,

                Plaintiffs,

v.

JUAN ANTONIO PACHECO a/k/a JUAN ANTONIO
CASTILLO, OSCAR N. COLLAZO, and UNITED
PRODUCE, LLC,

                Defendants.

Civil Action No. 5:18-cv-00201-D

## MOTION FOR DEFAULT JUDGMENT

Plaintiffs DeKalb Farmer's Market, Inc ("DeKalb"), Wood's Produce Company, Inc. ("Wood's"), and Pioneer Growers Cooperative ("Pioneer") request that the Court enter judgment by default, pursuant to Fed. R. Civ. P. 55(b)(2) and Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c), against Defendants Juan Antonio Pacheco a/k/a Juan Antonio Castillo ("Castillo") and United Produce, LLC ("United") as follows:

1). In favor of DeKalb and against Defendants Castillo and United, jointly and severally, in the amount of $110,997.96, which includes principal in the amount of $66,833.66, interest through Janaury 31, 2019, at the rate of 18% per annum, in the amount of $11,186.56, and reasonable attorneys' fees and costs in the amount of $32,977.74, for a total judgment amount of $110,997.96, plus post-judgment interest pursuant to 28 U.S.C. §1961;

2).	In favor of Wood's and against Defendants Castillo and United, jointly and severally, in the amount of $92,153.80, which includes principal in the amount of $67,389.16, interest through January 31, 2019, at the rate of 18% per annum, in the amount of $9,681.79, and reasonable attorneys' fees and costs in the amount of $15,082.85, for a total judgment amount of $92,153.80 plus post-judgment interest pursuant to 28 U.S.C. §1961; and,

3).	In favor of Pioneer and against Defendants Castillo and United, jointly and severally, in the amount of $3,907.22, which includes principal in the amount of $2,781.57, interest through January 31, 2019, at the rate of 18% per annum, in the amount of $494.72, and reasonable attorneys' fees and costs in the amount of $630.93, for a total judgment amount of $3,907.22, plus post-judgment interest pursuant to 28 U.S.C. §1961.

In support of their Motion, Plaintiffs rely on the Court record, Entry of Default (Dkt. No. 30), the Declarations of Plaintiffs' representatives (including exhibits submitted therewith) (Dkt. Nos. 34-36), the Declarations of Plaintiffs' counsel and exhibits thereto (Dkt. Nos. 37-38), and the memorandum of law in support hereof filed contemporaneously herewith.

**WHEREFORE**, DeKalb, Woods and Pioneer request that the Court grant this Motion and enter Default Judgments against Defendants Castillo and United, jointly and severally, pursuant to the trust provision of the PACA, 7 U.S.C. § 499e(c), for their failure to pay for wholesale quantities of produce in the total aggregate amount of $207,058.98, and such other and further relief as the Court deems just and proper.

Respectfully submitted this 25th day of January, 2019.

                NELSON MULLINS RILEY & SCARBOROUGH LLP

                By:    /s/ Leslie Lane Mize
                      Leslie Lane Mize
                      North Carolina Bar No. 32790
                      4140 Parklake Avenue, Suite 200
                      Raleigh, North Carolina 27612
                      Phone: (919) 877-3849
                      Fax:    (919) 877-3983
                      leslie.mize@nelsonmullins.com
                      Local Civil Rule 83.1 Counsel

                      and

                      McCARRON & DIESS

                      Mary Jean Fassett
                      Md. Federal Bar No. 08618
                      4530 Wisconsin Avenue, NW, #301
                      Washington, D.C. 20016
                      Phone: (202) 364-0400
                      Fax:    (202) 364-2731
                      mjf@mccarronlaw.com

                      *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I, the undersigned attorney, do hereby certify that on January 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

K. Matthew Vaughn
STEVENS MARTIN VAUGHN & TADYCH, PLLC
1101 Haynes Street, Suite 100
Raleigh, NC 27604
Email: matt@smvt.com

and that a copy of the foregoing was served upon Defendant Juan Antonio Castillo by first class U.S. Mail, in a postage prepaid envelope addressed as follows:

Juan Antonio Pacheco
a/k/a Juan Antonio Castillo
1008 Essex Forest Drive
Cary, NC 27518-9262

      NELSON MULLINS RILEY & SCARBOROUGH LLP

By:   /s/ Leslie Lane Mize
      Leslie Lane Mize
      North Carolina Bar No. 32790
      4140 Parklake Avenue, Suite 200
      Raleigh, North Carolina 27612
      Phone: (919) 877-3849
      Fax:   (919) 877-3983
      leslie.mize@nelsonmullins.com
      Local Civil Rule 83.1 Counsel

and

McCARRON & DIESS

Mary Jean Fassett
Md. Federal Bar No. 08618
4530 Wisconsin Avenue, NW, #301
Washington, D.C. 20016
Phone: (202) 364-0400
Fax:   (202) 364-2731
mjf@mccarronlaw.com

*Attorneys for Plaintiffs*