IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:18-cv-00201-D

DEKALB FARMERS MARKET, INC.,
WOOD'S PRODUCE COMPANY, INC. and
PIONEER GROWERS COOPERATIVE,

Plaintiffs,

v.

JUAN ANTONIO PACHECO a/k/a JUAN ANTONIO
CASTILLO, OSCAR N. COLLAZO, and UNITED
PRODUCE, LLC,

Defendants.

ORDER

Upon consideration of Plaintiff DeKalb Farmers Market, Inc.'s Consent Motion to Dismiss With Prejudice and for good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED, and any and all of Plaintiff DeKalb Farmers Market, Inc.'s claims against Defendant United Produce, LLC be and are hereby dismissed with prejudice, with the parties bearing their own costs.

All claims made by Plaintiffs Wood's Produce Company, Inc. and Pioneer Growers Cooperative remain pending for adjudication by this Court.

SO ORDERED, this __26__ day of __April__ 2019.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE