UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEKALB FARMERS MARKET, INC, WOOD'S PRODUCE COMPANY, INC., and PIONEER GROWERS COOPERATIVE, <br><br> Plaintiffs, <br><br> v. <br><br> COLLAZO PRODUCE, INC., JUAN ANTONIO PACHECO, a/k/a JUAN ANTONIO CASTILLO, OSCAR N. COLLAZO, and UNITED PRODUCE, LLC, <br><br> Defendants. | **DEFAULT JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:18-cv-201-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiffs' motion for default judgment against Castillo [D.E. 39]. Dafault judgment is hereby entered against Juan Antonio Pacheco, a/k/a Juan Antonio Castillo.

**This Judgment Filed and Entered on June 28, 2019, and Copies To:**

| | |
|---|---|
| Mary Jean Fassett | (via CM/ECF electronic notification) |
| Leslie Lane Mize | (via CM/ECF electronic notification) |
| K. Matthew Vaughn | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: <br> June 28, 2019 | PETER A. MOORE, JR., CLERK <br> (By) /s/ Nicole Sellers <br> Deputy Clerk |