IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DEKALB FARMERS MARKET, INC., WOOD'S PRODUCE COMPANY, INC. and PIONEER GROWERS COOPERATIVE,<br><br>Plaintiffs,<br><br>v.<br><br>JUAN ANTONIO PACHECO a/k/a JUAN ANTONIO CASTILLO, OSCAR N. COLLAZO, and UNITED PRODUCE, LLC,<br><br>Defendants. | Civil Action No. 5:18-cv-00201-D<br><br>**ORDER** |

Upon consideration of Plaintiff Pioneer Growers Cooperative's Consent Motion to Dismiss, and for good cause having been shown it is hereby

ORDERED that the Motion is GRANTED, and any and all of Pioneer Growers Cooperative's claims against United Produce LLC be and are hereby dismissed, with the parties bearing their own costs.

All claims made by Plaintiff Wood's Produce Co., Inc. remain pending for adjudication by this Court.

SO ORDERED. This __1__ day of August 2019.

JAMES C. DEVER III
United States District Judge