# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| DEKALB FARMERS MARKET, INC., WOOD'S PRODUCE COMPANY, INC. and PIONEER GROWERS COOPERATIVE,<br><br>Plaintiffs,<br><br>v.<br><br>JUAN ANTONIO PACHECO a/k/a JUAN ANTONIO CASTILLO, OSCAR N. COLLAZO, and UNITED PRODUCE, LLC,<br><br>Defendants. | Civil Action No. 5:18-cv-00201-D<br><br>**ORDER** |

Upon consideration of Plaintiff Wood's Produce Company, Inc.'s Consent Motion to Dismiss, and for good cause having been shown it is hereby

ORDERED that the Motion is GRANTED, and any and all of Wood's Produce Company, Inc.'s claims against United Produce LLC be and are hereby dismissed, with the parties bearing their own costs.

SO ORDERED. This 10 day of February, 2020.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE